(A) Don MacLarty, Respondent, v. Leo Lortz, Appellant. (B) Mario Ferrusi, Appellant, v. Direct Winters Transportation, Ltd., et al.,

Respondents.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before November 6, 1961.